Lonnie E. Larson
2035 Holowai Pl. C-8
Wailuku, Hawaii 96793
808-281-4444
lonnielarsonada@yahoo.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 06 2016
at 12 o'clock and 40 min. P M
SUE BEITIA, CLERK
ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LONNIE E. LARSON

Plaintiff ,

ATTORNEY GENERAL

STATE OF HAWAII

425 QUEEN STREET

HONOLULU, HAWAII 96813

Defendants

C.V. 16- 00151 SOM / KSC

NOTICE TO DISMISSAL
WITH PREDUJICE

## NOTICE TO DISMISSAL WITHOUT PREDUJICE OF PLAINTIFF
## AGAINST THE ATTORNEY GENERAL OF STATE OF HAWAII

Plaintiff , Pro-se , Lonnie E. Larson , in the above mentioned case enters Notice to Dismissal with Prejudice against Defendants pursuant Federal Rules of Civil Procedure 41 (a) (1) (A) (i) .

Defendants has not appeared in this lawsuit, Defendant were not served the Complaint, did not file and / or serve answers to the Complaint and did not File Motion to Dismiss or Motion for Summary Judgement in this action.

All parties will bear their own attorney's fees and costs.
Scheduling Conference under Rule 16 was set for May 23, 2016 @ 9:00 am , however will be canceled in this action.
Trial had not been scheduled yet for this action .

Dated : April __4__, 2016

Respectfully submitted .

_____
Lonnie E. Larson
Plaintiff, Pro-se

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on April __4__, 2016 I served a copy to the foregoing Notice for Dismissal; with Prejudice by sending a copy to the Federal District Court and Defendants listed in the U.S. Mail , postage prepaid to the following :


U.S. Federal District Court

Clerk of the Court

300 Ala Moana Blvd. C-388

Honolulu, Hawaii 96850


Attorney General

State of Hawaii

425 Queen Street

Honolulu, Hawaii 96813


Respectfully Submitted :

_____

Lonnie E, Larson

Plaintiff , Pro Se